**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| PETER F. MINETT and | § | Case Number: 17-80617 |
| CYLA S. FROMM-MINETT | § | |
| Debtor. | § | JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on  November 1 , 2017, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney George Hampilos
308 West State Street Suite 210
Rockford, IL 61101

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

　　　　　　　　　　　　　　　　　　　　　　/s/ Marti Maravich

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)
jolsenlaw@comcast.net

Consumer Portfolio Services
P.O. Box 57071
Irvine, CA 92619-7071

PHH Mortgage Corporation
c/o Codilis and Associates, P.C.
15W030 North Frontage Road
Suite 100
Burr Ridge, IL 60527-6921

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

ARS National Services Inc.
P.O. Box 463023
Escondido, CA 92046-3023

AT&T
% AFNI
P.O. Box 3514
Bloomington, IL 61702-3514

Account Resolution Service
1643 North Harrison Pkwy
Bldg H Suite 100
Sunrise, FL 33323-2857

Advanced Call Center Technologies
P.O. Box 9091
Johnson City, TN 37615-9091

Allied Payment Center
P.O. Box 9001951
Louisville, KY 40290-1951

Ally Auto Financing
P.O. Box 380901
Minneapolis, MN 55438-0901

BMO Harris Bank
111 W. Monroe Street
Chicago, IL 60603-4095

Bank of America
P.O. Box 851001
Dallas, TX 75285-1001

CPS Inc.
P.O. Box 57071
Irvine, CA 92619-7071

CHOICE RECOVERY INC
1550 OLD HENDERSON ROAD
STE 100
COLUMBUS, OH 43220-3662

Citi Cards
P.O. Box 6406
Sioux Falls, SD 57117-6406

Citi Cards
Processing Center
Des Moines, IA 50363-0005

Citibank N.A.
P.O. Box 790345
Saint Louis, MO 63179-0345

Columbus Radiology
% Choice Recovery Inc.
1550 Old Henderson Road #S100
Columbus, OH 43220-3662

Computer Credit Inc.
Claim Dept. 017051
640 West Fourth Street
Winston Salem, NC 27101-2730

Convergent Healthcare Inc.
124 SW Adams Street #215
Peoria, IL 61602-2321

Creditors Protection Service
308 W. State Street #485
Rockford, IL 61101-1196

Dennis Brebner & Associates
860 Northpoint Blvd.
Waukegan, IL 60085-8211

EOS / CCA
700 Longwater Drive
Norwell, MA 02061-1624

ERC
P.O. Box 57547
Jacksonville, FL 32241-7547

BANK OF AMERICA
PO BOX 982238
EL PASO, TX 79998-2238

Grant Medical Center
P.O. Box 182140
Columbus, OH 43218-2140

Healthcare Revenue Recovery Group
P.O. Box 459080
Fort Lauderdale, FL 33345-9080

Home Depot Credit Services
Dept. 32 - 2134880966
P.O. Box 183175
Columbus, OH 43218-3175

CITIBANK
PO BOX 790034
ST LOUIS, MO 63179-0034

IC System
444 Highway 96 East
P.O. Box 64378
Saint Paul, MN 55164-0378

JCP
P.O. Box 965007
Orlando, FL 32896-5007

| | | |
|---|---|---|
| Kohl's<br>P.O. Box 2983<br>Milwaukee, WI 53201-2983 | LTD Financial Services<br>7322 Southwest Freeway, Suite 1600<br>Houston, TX 77074-2134 | McCarthy Burgess & Wolff<br>Home Depot<br>26000 Cannon Road<br>Bedford, OH 44146-1807 |
| Meade & Assoc.<br>737 Enterprise Drive<br>Lewis Center, OH 43035-9438 | Mid-Ohio Emergency Service LLC<br>HHRG<br>P.O. Box 5406<br>Cincinnati, OH 45273-7942 | Midland Funding LLC<br>% Blitt & Gaines P.C.<br>Wheeling, IL 60090 |
| Midland Funding LLC<br>2365 Northside Drive #300<br>San Diego, CA 92108-2709 | Mortgage Service Center<br>2001 Bishop Gate Blvd.<br>Mount Laurel, NJ 08054-4604 | Mutual Management Services<br>7177 Crimson Ridge Drive<br>Rockford, IL 61107-6235 |
| Mutual Management Services Company<br>% Attorney James C. Thompson<br>515 N Court Street<br>Rockford, IL 61103-6807 | NES of Ohio<br>29125 Solon Road<br>Solon, OH 44139-3442 | OSF Healthcare<br>7978 Solution Center<br>Chicago, IL 60677-7009 |
| OSF Medical Group<br>P.O. Box 91011<br>Chicago, IL 60680-8807 | OSF Saint Anthony Medical C enter<br>7125 Solution Center<br>Chicago, IL 60677-7001 | Ocwen Loan Servicing LLC<br>1661 Worthington Road, Suite 100<br>West Palm Beach, FL 33409-6493 |
| PHH Mortgage Corporation<br>% Codilis & Associates P.C.<br>15W030 North Frontage Road<br>Burr Ridge, IL 60527-6921 | PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 41067<br>NORFOLK, VA 23541-1067 | Professional Placement Services<br>P.O. Box 612<br>Milwaukee, WI 53201-0612 |
| Progressive Financial Services<br>1209 4th Ave. South - Dept. PRO<br>Nashville, TN 37210-4107 | Rockford Anesthesiologists Assoc.<br>P.O. Box 4569<br>Rockford, IL 61110-4569 | Rockford Assoc. Pathologists<br>P.O. Box 15785<br>Loves Park, IL 61132-5785 |
| Rockford Health Medical Lab<br>Rockord Mercantile Agency<br>2502 S. Alpine<br>Rockford, IL 61108-7813 | Rockford Mercantile Agency, Inc.<br>P.O. Box 5847<br>Rockford, IL 61125-0847 | Rockford Orthopedic Associates<br>P.O. Box 5247<br>Rockford, IL 61125-0247 |
| Rockford Radiology Associates<br>P.O Box 44269<br>Madison, WI 53744-4269 | Sears Mastercard<br>P.O. Box 6286<br>Sioux Falls, SD 57117-6286 | Swedish American Hospital<br>P.O. Box 310283<br>Des Moines, IA 50331-0283 |
| Swedish American Medical Group<br>2550 Charles Street<br>Rockford, IL 61108-1606 | Syncb/SMRTCN<br>P.O. Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

Synchrony Bank/JCP
P.O. Box 960090
Orlando, FL 32896-0090

Target
P.O. Box 673
Minneapolis, MN 55440-0673

Target Card Services
P.O. Box 660170
Dallas, TX 75266-0170

The Bank of New York Mellon
% Potestivo & Associates P.C.
233 W. Jackson Blvd. #610
Chicago, IL 60606

United Collection Bureau Inc.
5620 Southwyck Blvd. #206
Toledo, OH 43614-1501

United Recovery Systems
P.O. Box 722910
Houston, TX 77272-2910

Cyla S. Fromm-Minett
1337 Greenwood Ave
Rockford, IL 61107-4209

Peter F. Minett
1337 Greenwood Ave.
Rockford, IL 61107-4209