**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MINETT, PETER F.  § Case No. 17-80617
FROMM-MINETT, CYLA S.  §
 §
Debtor(s)  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

   Assets Abandoned: $118,310.00          Assets Exempt: $59,510.00
   *(without deducting any secured claims)*

   Total Distribution to Claimants: $9,653.02     Claims Discharged
                                                  Without Payment: $857.67

   Total Expenses of Administration: $3,500.94

   3) Total gross receipts of $ 13,153.96 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $13,153.96 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,500.94 | 3,500.94 | 3,500.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 10,510.69 | 10,510.69 | 9,653.02 |
| **TOTAL DISBURSEMENTS** | $0.00 | $14,011.63 | $14,011.63 | $13,153.96 |

   4)  This case was originally filed under Chapter 7 on March 17, 2017. The case was pending for 10 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/14/2018          By: /s/JOSEPH D. OLSEN
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Severance package | 1229-000 | 13,153.96 |
| **TOTAL GROSS RECEIPTS** | | **$13,153.96** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 2,065.40 | 2,065.40 | 2,065.40 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 114.78 | 114.78 | 114.78 |
| Attorney for Trustee Fees (Trustee Firm) - Attorney Joseph D Olsen | 3110-000 | N/A | 1,288.00 | 1,288.00 | 1,288.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.50 | 14.50 | 14.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.26 | 18.26 | 18.26 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,500.94 | $3,500.94 | $3,500.94 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | TD Bank, USA | 7100-000 | N/A | 1,217.92 | 1,217.92 | 1,118.54 |
| 2 | Capital One, N.A. | 7100-000 | N/A | 392.08 | 392.08 | 360.09 |
| 3 | T Mobile/T-Mobile USA Inc | 7100-000 | N/A | 110.59 | 110.59 | 101.57 |
| 4 | Midland Credit Management, Inc. as agent for | 7100-000 | N/A | 5,641.90 | 5,641.90 | 5,181.52 |
| 5 | Midland Funding, LLC | 7100-000 | N/A | 1,413.56 | 1,413.56 | 1,298.21 |
| 6 | Rockford Mercantile Agency, Inc. | 7100-000 | N/A | 1,432.94 | 1,432.94 | 1,316.01 |
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 301.70 | 301.70 | 277.08 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $10,510.69 | $10,510.69 | $9,653.02 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-80617  
**Case Name:** MINETT, PETER F.  
FROMM-MINETT, CYLA S.  
**Period Ending:** 02/14/18

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 03/17/17 (f)  
**§341(a) Meeting Date:** 05/04/17  
**Claims Bar Date:** 09/29/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3622 South Main Street, Rockford, IL 61102-0000,<br>Imported from original petition Doc# 1 | 52,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash<br>Imported from original petition Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 3 | Checking: Blackhawk Bank<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Checking: Blackhawk Bank<br>Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | Miscellaneous household furnishings.<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Necessary wearing apparel.<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Miscellaneous jewelry.<br>Imported from original petition Doc# 1 | 700.00 | 0.00 | | 0.00 | FA |
| 8 | Int. in Ins. policies: Trivent Whole Life Policy<br>Imported from original petition Doc# 1 | 4,000.00 | 0.00 | | 0.00 | FA |
| 9 | Ret. or Pension Acct.: 401 (k)<br>Imported from original petition Doc# 1 | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 10 | IRA: Ameritrade<br>Imported from original petition Doc# 1 | 40,000.00 | 0.00 | | 0.00 | FA |
| 11 | Pension: Wells FArgo/Putnam (no cash value)<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Pershing Acct. / Mattel Stock<br>Imported from original petition Doc# 1 | 1,200.00 | 0.00 | | 0.00 | FA |
| 13 | 2012 Toyota Camry. Entire property value: $5,000<br>Imported from original petition Doc# 1 | 5,000.00 | 0.00 | | 0.00 | FA |
| 14 | 1993 Olds. Entire property value: $100.00<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 15 | 2004 Monte Carlo. Entire property value: $500.00<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 16 | 2010 Chevy Silverado. Entire property value: $4,<br>Imported from original petition Doc# 1 | 4,000.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-80617  
**Case Name:** MINETT, PETER F.  
FROMM-MINETT, CYLA S.  
**Period Ending:** 02/14/18

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 03/17/17 (f)  
**§341(a) Meeting Date:** 05/04/17  
**Claims Bar Date:** 09/29/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17  Dirt Bikes (2). Entire property value: $1,200.00  Imported from original petition Doc# 1 | 1,200.00 | 0.00 | | 0.00 | FA |
| 18  Trailer. Entire property value: $300.00  Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 19  Miscellaneous tools.  Imported from original petition Doc# 1 | 1,800.00 | 1,800.00 | | 0.00 | FA |
| 20  Severance package  (u) | 40,000.00 | 20,000.00 | | 13,153.96 | FA |
| **20  Assets  Totals** (Excluding unknown values) | **$158,310.00** | **$25,800.00** | | **$13,153.96** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  **Current Projected Date Of Final Report (TFR):**  October 31, 2017  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 17-80617 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | MINETT, PETER F. | | Bank Name: | Rabobank, N.A. |
| | FROMM-MINETT, CYLA S. | | Account: | ******5666 - Checking Account |
| Taxpayer ID #: | **-***4209 | | Blanket Bond: | $1,500,000.00   (per case limit) |
| Period Ending: | 02/14/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/07/17 | {20} | Cyla Fromm-Minett | per order re offer in compromise | 1229-000 | 13,153.96 | | 13,153.96 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.50 | 13,139.46 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.26 | 13,121.20 |
| 11/22/17 | 101 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,065.40, Trustee Compensation;  Reference: | 2100-000 | | 2,065.40 | 11,055.80 |
| 11/22/17 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $114.78, Trustee Expenses;  Reference: | 2200-000 | | 114.78 | 10,941.02 |
| 11/22/17 | 103 | Attorney Joseph D Olsen | Dividend paid 100.00% on $1,288.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,288.00 | 9,653.02 |
| 11/22/17 | 104 | TD Bank, USA | Dividend paid  91.84% on $1,217.92; Claim# 1; Filed: $1,217.92; Reference: | 7100-000 | | 1,118.54 | 8,534.48 |
| 11/22/17 | 105 | Capital One, N.A. | Dividend paid  91.84% on $392.08; Claim# 2; Filed: $392.08; Reference: | 7100-000 | | 360.09 | 8,174.39 |
| 11/22/17 | 106 | T Mobile/T-Mobile USA Inc | Dividend paid  91.84% on $110.59; Claim# 3; Filed: $110.59; Reference: | 7100-000 | | 101.57 | 8,072.82 |
| 11/22/17 | 107 | Midland Credit Management, Inc. as agent for | Dividend paid  91.84% on $5,641.90; Claim# 4; Filed: $5,641.90; Reference: | 7100-000 | | 5,181.52 | 2,891.30 |
| 11/22/17 | 108 | Midland Funding, LLC | Dividend paid  91.84% on $1,413.56; Claim# 5; Filed: $1,413.56; Reference: | 7100-000 | | 1,298.21 | 1,593.09 |
| 11/22/17 | 109 | Rockford Mercantile Agency, Inc. | Dividend paid  91.84% on $1,432.94; Claim# 6; Filed: $1,432.94; Reference: | 7100-000 | | 1,316.01 | 277.08 |
| 11/22/17 | 110 | Portfolio Recovery Associates, LLC | Dividend paid  91.84% on $301.70; Claim# 7; Filed: $301.70; Reference: | 7100-000 | | 277.08 | 0.00 |
| | | | ACCOUNT TOTALS | | 13,153.96 | 13,153.96 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 13,153.96 | 13,153.96 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,153.96** | **$13,153.96** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 17-80617 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** MINETT, PETER F. | **Bank Name:** Rabobank, N.A. |
| FROMM-MINETT, CYLA S. | **Account:** ******5666 - Checking Account |
| **Taxpayer ID #:** **-***4209 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 02/14/18 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 13,153.96 | | | | |
| | | Net Estate : | $13,153.96 | | | | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******5666** | 13,153.96 | 13,153.96 | 0.00 |
| | $13,153.96 | $13,153.96 | $0.00 |

{} Asset reference(s)

Printed: 02/14/2018 04:35 PM    V.13.32